UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GROWBLOX SCIENCES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> GCM ADMINISTRATIVE SERVICES, LLC, SETH M. LUKASH, GARY HERMAN, and STRATEGIC TURNAROUND EQUITY PARTNERS, L.P. (CAYMAN) <br><br> Defendants. | Docket No. 14 Civ. 2280 (ER) <br><br><br> NOTICE OF MOTION FOR LEAVE TO SERVE AND FILE SECOND <u>AMENDED COUNTERCLAIMS</u> |
| DIGITAL CREATIVE DEVELOPMENT CORPORATION, GCM ADMINISTRATIVE SERVICES, LLC, STRATEGIC TURNAROUND EQUITY PARTNERS, L.P. (CAYMAN), SETH M. LUKASH, and GARY HERMAN, <br><br> Counterclaimants, <br><br> -against- <br><br> GROWBLOX SCIENCES, INC., TODD DENKIN, JOSEPH J. BIANCO, TUMBLEWEED HOLDINGS, INC. f/k/a GROWOPP HOLDINGS, INC., CRAIG ELLINS, and GROWOPP, LLC, <br><br> Counterclaim-Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the accompanying Declaration of Thomas J. Fleming dated July 1, 2015, and upon all pleadings and proceedings had herein, Counterclaimants Digital Creative Development Corporation, GCM Administrative Services, LLC, Strategic Turnaround Equity Partners, LP (Cayman), Seth M. Lukash and Gary Herman will move this Court before the Honorable Edgardo Ramos, United States District Judge, at the United States Courthouse located at 40 Foley Square, New York,

3263294-1

New York 10005, Courtroom 619, on a date and time to be set by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 15(a), for leave to serve and file the proposed Second Amended Counterclaims, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 1, 2015

                            OLSHAN FROME WOLOSKY LLP

By: */s/ Thomas J. Fleming*
Thomas J. Fleming
Renee M. Zaytsev
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

*Attorneys for GCM Administrative Services, LLC, Strategic Turnaround Equity Parties, L.P. (Cayman), Seth M. Lukash, Gary Herman, and Digital Creative Development Corporation*

3263294-1