USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GROWBLOX SCIENCES, INC.,

    Plaintiff,

-against-

GCM ADMINISTRATIVE SERVICES, LLC,
SETH M. LUKASH, GARY HERMAN, and
STRATEGIC TURNAROUND EQUITY
PARTNERS, L.P. (CAYMAN)

    Defendants.

---

DIGITAL CREATIVE DEVELOPMENT
CORPORATION, GCM ADMINISTRATIVE
SERVICES, LLC, STRATEGIC TURNAROUND
EQUITY PARTNERS, L.P. (CAYMAN),
SETH M. LUKASH, and GARY HERMAN,

    Counterclaimants,

-against-

GROWBLOX SCIENCES, INC., TODD DENKIN,
JOSEPH J. BIANCO, TUMBLEWEED
HOLDINGS, INC. f/k/a GROWOPP HOLDINGS,
INC., CRAIG ELLINS, and GROWOPP, LLC,

    Counterclaim-Defendants.

---

Docket No. 14 Civ. 2280 (ER) (DCF)

ORDER APPROVING ISSUANCE
PURSUANT TO SECTION 3(A)(10)
OF THE SECURITIES ACT OF 1933

---

Upon the unopposed application of Gary Herman, Seth Lukash, GCM Administrative Services, LLC, Strategic Turnaround Equity Partners, L.P. (Cayman), and Digital Creative Development Corporation for the approval of the issuance of certain shares of GrowBlox Sciences, Inc. ("GBLX") common stock as exempt from registration with the United States Securities and Exchange Commission and without restrictive legends, pursuant to Section

3807963-1

3(a)(10) of the Securities Act of 1933, 15 U.S.C. § 77c(a)(10), as described herein, and pursuant to the Settlement Agreement entered into as of June 20, 2015 between the parties resolving this action; and

The Court, upon the consent of all remaining parties, pursuant to 28 U.S.C. § 636(c), having considered the terms and conditions of the issuance and/or transfer of certain shares of GBLX common stock, pursuant to the Settlement Agreement, and after due deliberation and sufficient cause appearing therefor, it is hereby

### FOUND, DETERMINED, AND ORDERED THAT:

1. The issuance and/or transfer of 4.4 million shares of GBLX common stock to Gary Herman, Seth Lukash, and/or their designees, pursuant to the Settlement Agreement (the "Shares"), is hereby approved as fair within the meaning of Section 3(a)(10) of the Securities Act of 1933, 15 U.S.C. § 77c(a)(10), and such Shares are therefore unrestricted and exempt from registration with the United States Securities and Exchange Commission.

2. Pursuant to the Settlement Agreement, sales of the Shares will be limited to an aggregate of 1.4 million Shares for the six months following the Closing of the settlement.

3. This Court shall retain jurisdiction, pursuant to 28 U.S.C. § 636(c), to resolve any issues relating to this Order.

Dated: New York, New York
August 3/, 2016

_____
Honorable Debra C. Freeman
United States Magistrate Judge

3807963-1